THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9     USA,                                          CASE NO. CR15-0254 JCC

10                        Plaintiff,                MINUTE ORDER

11           v.

12    GREGORY MARK MOLLEY,

13                        Defendant.

14

15

16          The following Minute Order is made by direction of the Court, the Honorable John C.

17    Coughenour, United States District Judge:

18          This matter comes before the Court on the parties' request to continue the date of trial.

19    The Court finds that the interests of justice will be served by ordering the continuance in this

20    case and that said continuance is necessary to ensure effective trial preparation, and that these

21    factors outweigh the best interests of the defendant and the public in a more speedy trial, within

22    the meaning of 18 U.S.C. § 3161(h)(7)(A).

23          It is therefore ORDERED that the trial date for this matter be continued from October 5,

24    2015 to January 11, 2016 at 9:30 a.m. The following deadlines are extended accordingly:

25          1.)     Trial briefs, proposed *voir dire*, and a list of agreed upon and contested proposed

26                  jury instructions are due on or before December 21, 2015.

2.)     Motions *in limine* are due on or before December 28, 2015.

The period of time from the previous trial date of October 5, 2015 to January 11, 2016 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

DATED this 11 day of September 2015.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk