THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY MARK MOLLEY,<br><br>　　　　　　Defendant. | CASE NO. CR15-0254-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the unopposed motion of Defendant Gregory Molley seeking the return of his passport (Dkt. No. 73). Having considered the reasons for the motion, the Court concludes that the motion is meritorious and it should be GRANTED. Accordingly, the Court ORDERS that the Clerk of Court shall release Defendant Gregory Molley's passport to his attorney by mailing the passport, via certified mail, return receipt requested, to:

Vanessa Pai-Thompson

Office of Federal Public Defender

1601 – 5th Ave., Suite 700

Seattle, WA 98101

MINUTE ORDER, CR15-0254-JCC
PAGE - 1

1

2       The passport will remain in Ms. Pai-Thompson's possession until Defendant has

3 completed his sentence.

4       DATED this 13th day of November 2017.

                                    William M. McCool
                                    Clerk of Court

                                    /s/Tomas Hernandez
                                    Deputy Clerk