THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0254-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GREGORY MARK MOLLEY, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' respective motions to file over-length motions and briefs (Dkt. Nos. 76, 80, 84). The Court hereby GRANTS the motions. The Court considered the over-length motions and briefs when ruling on Defendant Gregory Molley's motion for compassionate release.

DATED this 1st day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR15-0254-JCC
PAGE - 1